IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBI COUGHLIN,

    Plaintiff,                                 No. 2:08-cv-2772 GEB JFM

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

    Defendants.                              ORDER

_____/

        Defendants have noticed for hearing on December 10, 2009 a motion for protective order related to certain depositions. Pursuant to the district court's order filed February 26, 2009, the discovery cut-off was set for November 9, 2009.[1] Accordingly, IT IS HEREBY ORDERED that defendants' November 6, 2009 motion for protective order is denied.[2]

DATED: December 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; coughlin.off

---

[1] The order states, "All discovery shall be completed by November 9, 2009. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired." Id. at 2. The parties were also cautioned that "[a] party conducting discovery near the discovery "completion" date runs the risk of losing the opportunity to have a judge resolve discovery motions pursuant to the Local Rules." Id.

[2] The parties also failed to file a joint statement re discovery disagreements which was due at least seven (7) days prior to the scheduled hearing date. Local Rule 251 (December 1, 2009).