IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI COUGHLIN,              )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>CALIFORNIA DEPARTMENT OF      )<br>CORRECTIONS AND REHABILITATION)<br>AND TOM MAUGERI,              )<br>                              )<br>          Defendants.         )<br>_____) | 2:08-cv-02772-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

Defendant California Department of Corrections and Rehabilitation filed a Notice of Settlement on July 13, 2010, in which Defendant states, "the parties to this action have agreed to settlement in principle." (Docket No. 68, 1:25-26.) Defendant further states

> [G]ood cause exists for the extension of time to file final disposition documents. Due to the lack of a California State Budget, the payment of Settlement Amount and the final dismissal of the action will not occur until after the adoption of a California State Budget. The parties are unaware of and cannot predict when California will adopt a state budget.

(Id., 27-2.) Therefore, Defendant requests "the Court fix a date upon which the documents disposing of this action must be filed at least 60 days after the adoption of a State budget." (Id., 2:3-5.)

Pursuant to Defendant's request, a dispositional document shall be filed no later than sixty (60) days after the State of

1

1  California adopts a state budget. Failure to respond by this deadline
2  may be construed as consent to dismissal of this action without
3  prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 160(b) ("A
4  failure to file dispositional papers on the date prescribed by the Court
5  may be grounds for sanctions.").
6  　　　　The trial scheduled to commence at 9:00 a.m. on August 31, 2010
7  is vacated. A status conference is scheduled for October 18, 2010 at
8  9:00 a.m., in the event that no dispositional document is filed, or if
9  this action is not otherwise dismissed. A joint status report addressing
10 only the status of filing a dispositional document shall be filed
11 fourteen days prior to the status conference.
12 　　　　IT IS SO ORDERED.
13 Dated:  July 14, 2010
14
15 _____
   GARLAND E. BURRELL, JR.
16 United States District Judge